IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 09-cv-00025-ZLW-MEH

JASON LEE MARKER,

    Applicant,

v.

J.M. WILNER, Warden, FCI - Florence,

    Respondent.
_____

**ORDER**
_____

    The matter before the Court is Petitioner's Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2241 (Doc. No. 2).  This case was referred in its entirety to Magistrate Judge Michael E. Hegarty pursuant to D.C.COLO.LCivR 72.1C.  On December 16, 2009, the Magistrate Judge issued his Recommendation that Petitioner's application be denied (Doc. No. 19).  Neither party filed objections to the Recommendation.

    The Court has reviewed the Recommendation *de novo* as required by 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), and accepts and adopts it in its entirety.  Accordingly, it is

ORDERED that Petitioner's Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2241 (Doc. No. 2) is denied. It is

FURTHER ORDERED that this action is dismissed with prejudice.

DATED at Denver, Colorado, this 27th day of January, 2010.

BY THE COURT:

*[signature: Zita Leeson Weinshienk]*

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court